| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
|---|---|---|
| Rev. 1/2004 | FOR CALENDAR YEAR 2004 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gadola, Paul V | Eastern district of Michigan | 6/15/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ○ Nomination, Date<br>○ Initial    ⊙ Annual    ○ Final | 1/1/2004<br>to<br>12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>600 Church Street<br>Flint, Michigan 48502 | Reviewing Officer_____  Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | The Inc. Society of Irish/American Lawyers |
| 2. | Member, Board of Directors | Old Newsboys of Greater Flint |
| 3. | Member, Board of Directors | Mackinac Center for Public Policy |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

DISCLOSURE FINANCIAL OFFICE<br>2005 JUN 28 A 11:13<br>RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

VII. Page 1    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1  REAL ESTATE | | | | | | | | | |
| 2  ½ Int. Genesee Twp, MI | | None | K | W | | | | | |
| 3  ⅛ Int. Iosco County, MI | | None | K | W | | | | | |
| 4  CHECKING ACCTS | | | | | | | | | |
| 5  Fifth Third Bank, Flint, MI | | None | J | T | | | | | |
| 6  Standard Federal Savings, Flint, MI | | None | J | T | | | | | |
| 7  Standard Federal Savings, Flint, MI | A | Interest | K | T | | | | | |
| 8  Standard Federal Savings, Flint, MI | A | Interest | J | T | | | | | |
| 9  SAVINGS ACCTS | | | | | | | | | |
| 10  Bank One, FKA NBD, Flint, MI | A | Interest | K | T | | | | | |
| 11  Citizens Comm & Savings, Flint, MI | A | Interest | K | T | | | | | |
| 12  5ᵗʰ 3ʳᵈ FKA Old Kent Ba  Grand Blanc, MI  (S) | A | Interest | J | T | | | | | |
| 13  PAUL V. GADOLA | | | | | | | | | |
| 14  Bankatlantic Bancorp Inc (stock) | A | Dividend | L | T | | | | | |
| 15  Centennial Government Tr (MM) | A | Dividend | M | T | | | | | |
| 16  Chemical Financial (stock) | A | Dividend | K | T | | | | | |
| 17  Citizens Fed Savings (CDs) | A | Interest | J | T | | | | | |
| 18  Coastal Bancorp Inc (stock) | A | Dividend | | | Sell | 5/13 | L | E | |
| 19  Crown Pacific Partners (LtdP) | | None | None | T | In Bankruptcy | | | | |
| 20  Five Star Quality Care (stock) | | None | J | T | | | | | |
| 21  Genesee Cnty MI Bldg Auth-Refunding-Book Entry  (bond) | B | Interest | K | T | | | | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,5    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,0 1-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Paul V. Gadola | 06/15/2005 |

## VII. Page 2    INVESTMENT and TRUSTS -- income, value, transactions

*(Includes thos of spouse and dependent childi n. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical (J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, r nt or interest) | (1) Value Code (J-P) | (2) Valu Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt & m disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 22 | HRPT Properties Trust (stock) | A | Dividend | J | T | | | | | |
| 23 | Healthcare Realty Trust Inc (stock) | B | Dividend | K | T | | | | | |
| 24 | Howell MI Pub Scbs General Obligation (bond) | D | Dividend | L | T | | | | | |
| 25 | Liberty Property Trust (stock) | D | Dividend | M | T | | | | | |
| 26 | Levitt Cotp Fla (stoc ) | A | Dividend | K | T | | 12/01/03 | K | | 26.46% distribution from Bankatlantic Bancorp |
| 27 | Mich HSG Dev A th Rental HSG Rev (bond) | B | Interest | K | T | | | | | |
| 28 | National City Corp (stock) | B | Dividend | K | T | | | | | |
| 29 | Nationwide Health Properties (stock) | A | Dividend | K | T | | | | | |
| 30 | PsnP ific Retail p ys Inc, fka Center Trust Inc (stock) | A | Dividend | K | T | | | | | |
| 31 | Petroleum & Resources Corp (stock) | D | Dividend | M | T | | | | | |
| 32 | Republic Bancorp Inc (stock) | A | Dividend | K | T | | | | | |
| 33 | Republic Bank (CD) | C | Interest | K | T | | | | | |
| 34 | Senior Housing PPTYS Trust (stock) | A | Dividend | J | T | | | | | |
| 35 | Sovran Self Storage Inc (stock) | B | Dividend | K | T | | | | | |
| 36 | Sun Communities Inc (stock) | B | Dividend | K | T | | | | | |
| 37 | **IRA #1** | | None | N | T | | | | | |
| 38 | Fidelity VIP III Contrafund (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 39 | INVESCO VIF Health Sciences (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 40 | INVESCO VIF Technology (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 41 | Janus Aspen Capital Appre (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1. D4) F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501 $5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 E $15,001-$50,00 H2=$5,000,001 or more |
|---|---|---|---|

| 2 Val Codes: J=$15, 0 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$ 50,000 N=$250,001-$500, P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |
|---|---|---|---|

| 3 Val Mth Codes: Q=Appraisal (col C2) U=Book Value | R=Cost (real estate only) V=Other | S=Asse sment W=Estimate | T=Cash/Market |
|---|---|---|---|

VII. Page 3    INVESTMENT and TRUSTS – income, value, transactions

(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Meth d Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/selle (if private transaction) |
| 42 Jan s Aspen Worldwide Growth (Mut Fund) | | | | | Partial Sale | 12/1 | J | N ne | |
| 43 Janus Aspen Balanced (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 44 Opp Aggressive Growth (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 45 Opp Global Securities (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 46 Opp Ma n Steet Growth & Income (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 47 T Rowe P ice Mid-Cap Gr wth (Mut fund) | | | | | Partial Sale | 12/1 | J | None | |
| 48 IRA #2 | | None | K | T | | | | | |
| 49 T Rowe Price Mid-Cap Growth (Mut fund) | | | | | Partial Sale | 12/1 | J | None | |
| 50 American Century VP Value (Mut fund) | | | | | Partial Sale | 12/1 | J | None | |
| 51 pp Capital Appreciation (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 52 Opp Main Street G&I (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 53 Janus Aspen Balanced (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 54 Trust #1 | C | Int & Div | N | T | | | | | |
| 55 Harris Insight Money Market (MM) | | | | | Buy | 11/01 | N | | |
| 56 One Group Mich Muni Money Market Fund | | | | | Sell | 10/26 | J | None | |
| 57 One Group Diversified Equity Fund | | | | | Sell | 10/26 | K | D | |
| 58 One Group Diversified International Fund | | | | | Sell | 10/26 | K | A | |
| 59 One Group Equity Income Fund | | | | | Sell | 10/26 | L | E | |
| 60 One Group Large Cap Growth Fund | | | | | Sell | 10/26 | K | C | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001- 2,500 G=$100,001-1,000,000 | C=2,501- 5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=$500,000-$1,000,000 | K=$15,001- 50,000 P1= $1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 4    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | ( ) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 61 One Group Large Value Fund | | | | | Sell | 10/26 | K | B | |
| 62 One Group Market Neutral Fund | | | | | Sell | 10/26 | J | None | |
| 63 One Group Michigan Municipal Bond Fund | | | | | Sell | 10/26 | L | None | |
| 64 One Group Mid-Cap Growth Fund | | | | | Sell | 10/26 | K | A | |
| 65 One Group Mid-Cap Value Fund | | | | | Sell | 10/26 | K | None | |
| 66 One Group Municipal Income Fund | | | | | Sell | 10/26 | M | None | |
| 67 One Group Small-Cap Growth Fund | | | | | Sell | 10/26 | J | None | |
| 68 One Group Small-Cap Value Fund | | | | | Sell | 10/26 | J | None | |
| 69 **Trust #2** | A | Int & Div | J | T | | | | | |
| 70 Centennial Money Market Trust | | | | | Partial Sell | 7/19 | J | None | |
| 71 Center Trust, Inc. | | | | | Sell | 7/19 | J | None | |
| 72 Malan Realty Investment, Inc. | | | | | Sell | 7/19 | J | None | |
| 73 **Trust #3** | C | Div & Int | P1 | T | | | | | |
| 74 Bank One - See Line #81 below | | | | | | | | | |
| 75 Centennial Government Tr (MM) | | | | | | | | | |
| 76 Five Star Quality Care Inc (stock) | | | | | | | | | |
| 77 Great Lakes Reit Inc (stock) | | | | | Sold | 4/27 | K | None | |
| 78 Howell, MI Pub Schs (bond) | | | | | | | | | |
| 79 Health Care Reit Inc (stock) | | | | | Buy | 11/01 | L | | |
| 80 Inergy (LtdP) | | | | | | | | | |
| 81 JP Morgan Chase & Co., formerly Bank One Corp (stock) | | | | | Partial Sell | 12/23 | K | D | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: J=$15,000 or less (Col C1, D3) | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| O=$500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (col C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

2004
FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
P ul V. Gadola

Date of Report
06/15/2005

VII. Page 5    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Meth d Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exem t from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82  Kaneb Pipe Line Partners (LtdP) | | | | | | | | | |
| 83  Kent Hosp Fin Auth Mi Hospital Facility Rev  (bond) | | | | | Redeem | 5/04 | L | None | |
| 84  Kent Hosp Fin Auth Mi Hospital Facility Rev  (bond) | | | | | Redeem | 6/01 | L | None | |
| 85  Liberty Property Trust (stock) | | | | | | | | | |
| 86  Michigan HSG Dev Auth-Rental (bond) | | | | | Buy | 4/28 | L | | |
| 87  National City Corp (stock) | | | | | | | | | |
| 88  Oakland Cnty MI Bldg Auth-Lyons Oaks (bond) | | | | | | | | | |
| 89  PanPacific Retail Pptys Inc (stock) | | | | | | | | | |
| 90  Petroleum & Resources Corp (stock) | | | | | | | | | |
| 91  Plains All Amern Pipeline (LtdP) | | | | | | | | | |
| 92  Senior Housing PPTYS Trust (stock) | | | | | | | | | |
| 93  Sovran Self Storage Inc (stock) | | | | | | | | | |
| 94  Star Gas Partners (LtdP) | | | | | Buy | 10/22 | J | | |
| 95  Star Gas Partners (LtdP) | | | | | Sell | 11/22 | J | None | |
| 96  Suburban Propane Partners (LtdP) | | | | | | | | | |
| 97  Taubman Centers, Inc (stock) CUM Redeemable Preferred | | | | | | | | | |
| 98  **Trust #4** | C | Div & Int | N | T | | | | | |
| 99  AAR Corp (stock) | | | | | Partial Sell | 01/02 | J | B | Inadvertently listed as a total sale in 2003 on line 106 |
| 100  AAR Corp (stock) | | | | | Partial Sell | 01/08 | J | C | " |

| 1 Inc/G n Codes: A=1,000 or less (Col B1, D4)     F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000    E $15,001-$50,000 H2=$5,000,001 or more |
|---|---|---|---|
| 2 Val Codes: J= 15,000 or less (Col C1, D3) O=500,000 -$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000    N=$250,001-$500,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (col C2)    U=Book Value | R=Cost (real estate only) V=Other | S Assessment W=Estimate | T=Cash/Market |

2002
FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
Paul V. Gadola

Date of Report
06/15/2005

VII. Page 6     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for Joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101 AAR Corp (stock) | | | | | Partial Sell | 01/14 | J | C | " |
| 102 AAR Corp (stock) | | | | | Partial Sell | 01/21 | J | B | " |
| 103 AAR Corp (stock) | | | | | Sell | 02/02 | J | C | " |
| 104 Adaptec (stock) | | | | | Sell | 02/05 | J | B | Inadvertently listed as a total sale in 2003 on line 108 |
| 105 Ampco-Pittsburgh (stock) | | | | | | | | | |
| 106 Astec Industries (stock) | | | | | Partial Sell | 10/04 | J | B | |
| 107 Automatic Data Processing Inc (stock) | | | | | | | | | |
| 108 Centennial Government Tr (MM) | | | | | Sell | 4/29 | L | None | |
| 109 Charles Schwab US Treasury Money Market Fund (MM) | | | | | Buy | 05/01 | L | | |
| 110 CPI Corp (stock) | | | | | | | | | |
| 111 R.R. Donnelly & Sons Co. (stock) | | | | | Partial Sell | 1/13 | J | A | |
| 112 R.R. Donnelly & Sons Co. (stock) | | | | | Partial Sell | 02/06 | J | A | |
| 113 R.R. Donnelly & Sons Co. (stock) | | | | | Sell | 09/30 | J | B | |
| 114 Eastman Kodak Co (stock) | | | | | | | | | |
| 115 Ethan Allen Interiors, Inc. (stock) | | | | | Sell | 02/09 | J | A | |
| 116 Gardner Denver Inc (stock) | | | | | Partial Sell | 10/19 | J | B | |
| 117 Gardner Denver Inc (stock) | | | | | Partial Sell | 06/08 | J | A | |
| 118 Gardner Denver Inc (stock) | | | | | Sell | 10/29 | J | B | |
| 119 Great Lakes Chemical Corp (stock) | | | | | Partial Sell | 10/06 | J | None | |
| 120 Great Lakes Chemical Corp (stock) | | | | | Partial Sell | 12/02 | J | None | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less | B=$1,001- 2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Value Codes: (Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,000-1,000,000 | P1=$1,000,001-$5,000,000 | 2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (col C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimate | |

2004
FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
Paul V. Gadola

Date of Report
06/15/2005

VII. Page 7    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 121 Helmerich & Payne Inc (stock) | | | | | | | | | Inadvertently listed as a total sale in 2002 on line 146 |
| 122 Japan Smaller Cap Fund, Inc (stock) | | | | | | | | | |
| 123 Layne Christensen Co (stock) | | | | | | | | | |
| 124 Martin Marietta Materials, Inc (stock) | | | | | | | | | Inadvertently listed as a total sale in 2003 on line 138 |
| 125 Maxwell Technologies Inc (stock) | | | | | | | | | |
| 126 Maytag Corp (stock) | | | | | Partial Sell | 03/16 | J | A | |
| 127 Myers Industries (stock) | | | | | Partial Sell | 06/29 | J | A | |
| 128 Myers Industries (stock) | | | | | Partial Sell | 08/31 | J | A | |
| 129 Myers Industries (stock) | | | | | Partial Sell | 12/20 | J | A | |
| 130 NS Group Inc (stock) | | | | | Partial Sell | 06/15 | J | B | |
| 131 NS Group Inc (stock) | | | | | Partial Sell | 11/04 | J | B | |
| 132 NS Group Inc (stock) | | | | | Partial Sell | 12/14 | J | B | |
| 133 Newmont Mining Corp (stock) | | | | | Partial Sell | 01/02 | J | A | |
| 134 Parlex Corp (stock) | | | | | | | | | |
| 135 Phelps Dodge Corp (stock) | | | | | Partial Sell | 03/11 | J | B | |
| 136 Readers Digest Assoc Inc (stock) | | | | | | | | | |
| 137 Regal Beloit Corp (stock) | | | | | Partial Sell | 10/01 | J | A | |
| 138 Regal Beloit Corp (stock) | | | | | Partial Sell | 11/16 | J | A | |
| 139 Snap-On Inc (stock) | | | | | Partial Sell | 03/11 | J | A | |
| 140 Snap-On Inc (stock) | | | | | Sell | 10/05 | J | A | |

1 Inc/Gain Codes: A=1,0   or less      B=$1,001- 2,500        C=2 501- 5,000        D=$5,001-$15,000      E=$15,001- 50,000
(Col B1, D4)      F=$50,000-$100,0      G=$100,001-1,000,000      H=$1,000,001-$5,000,000      H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or ess      K=$15,001-$50,000      L=$50,001-100,000      M=$100,001-$250,000      N=$250,001-$500,000
( ol C1, D3) O=500,000-$1,000,000  P1=$ 1,000,001-$5,000,000    2= 5,000,001- 25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal      R=Cost (real estate only)      S=Assessment      T=Cash/Market
(col C2)      U=Book Value      V=Other      W=Estimate

VII. Page 8    INVESTMENT and TRUSTS – income, value, transactions

(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A.<br>Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(OC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemp on) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 141 Sonoco Products Co (stock) | | | | | Partial Sell | 06/02 | J | A | |
| 142 Textron Inc (stock) | | | | | Sell | 01/09 | J | B | Inadvertently listed as a total sale in 2003 on line 164 |
| 143 Tidewater Inc (stock) | | | | | | | | | Inadvertently left off previous reports; purchase date unknown |
| 144 Toys-R-Us in (stock) | | | | | Partial Sell | 03/04 | J | N e | |
| 145 Toys-R-Us Inc (stock) | | | | | Partial Sell | 07/13 | J | None | |
| 146 Toys-R-Us Inc (stock) | | | | | Partial Sell | 08/04 | J | A | |
| 147 Toys-R-Us Inc (stock) | | | | | Partial Sell | 09/15 | J | A | |
| 148 Toys-R-Us Inc (stock) | | | | | Partial Sell | 10/14 | J | A | |
| 149 Toys-R-Us Inc (stock) | | | | | Sell | 10/15 | J | A | |
| 150 Transocean Inc (stock) | | | | | | | | | |
| 151 Trinity Industries Inc (stock) | | | | | | | | | Inadvertently listed as a total sale in 2003 on line 170 |
| 152 U.S. T-Note 3.625% (5-15-2013) | | | | | Redeem | 09/28 | J | A | |
| 153 | | | | | | | | | |
| 154 | | | | | | | | | |
| 155 | | | | | | | | | |
| 156 | | | | | | | | | |
| 157 | | | | | | | | | |
| 158 | | | | | | | | | |

1 Incl ain Codes: A=1,000 or less   B=$1,001-$2,500   C=2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col B1, D4)   F=$50,000-$100,000   G=$100,001-1,000,000   H=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-100,000   M=$100,001-$250,000   =250,001-500,000
(Col C1, D3) =500,000-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(col C2)   U=Book Value   V=Other   W=Estimate

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gadola, Paul V | 6/15/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date  6/10/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544